1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

KENNETH DERWIN GLYMPH,

Petitioner,

v.

E. ROE, Warden,

Respondent.

Case No. CV 99-3045 SVW (MRW)

ORDER ACCEPTING FINDINGS
AND RECOMMENDATIONS OF
UNITED STATES MAGISTRATE
JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, the Report and Recommendation of the United States Magistrate Judge, and the Supplemental Statement of Decision. Further, the Court engaged in a de novo review of those portions of the Report to which Petitioner objected. The Court accepts the findings and recommendation of the Magistrate Judge.

1      IT IS ORDERED that Judgment be entered denying the petition and

2  dismissing this action with prejudice.

3

4

5  DATE:  June 15, 2016

                                        HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE