# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

KENNETH DERWIN GLYMPH,

    Petitioner,

    v.

E. ROE, Warden,

    Respondent.

Case No. CV 99-3045 SVW (MRW)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: June 15, 2016

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE